January 18, 2018

Hon. Kenneth M Karas, U.S.D.J.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Honorable Judge,

Whereas lots of people feel as close to Mr. Moishe Kofman as a brother, I, am the ONLY person that can biologically claim that relationship. He is my younger brother, to whom I turn in times of need as if he were my older (and wiser) brother.

I am embarrassed that this letter was not written until now; mine should have been composed the very first. Alas, every time I attempted to write, my clear thoughts actually devolved into a tear-filled mess.

While I will attempt to keep this as brief as humanly possible, as I do value your Honor's time, where do I begin when trying to describe this gem known far and wide as, just that… a gem?

My friends have always told me that I have led a deprived childhood; never having experienced sibling rivalry. That's the honest truth! I am 59 and he is 56 and WE CANNOT REMEMBER EVER HAVING A FIGHT!

While it may be strange to most, to see an older sibling leaning on, turning to, and looking up to the younger, Moishe is only younger chronologically.

There I go… tearing up again. When I contemplate the devastating ramifications a possible moment of indiscretion (in an otherwise sterling career) will have on our elderly and frail parents, on our exceptionally close-knit family, on his devoted friends, on the countless charitable organizations that he assists and on people that have for years relied on Moishe for monetary assistance, or just for his wise counsel, how can I not cry?

It is inconceivable to attempt to fathom not just a month, but even a day that Moishe will not be available at the other end of the phone literally ANY TIME OF THE NIGHT.

In my humble opinion, he has already been severely punished and if, heaven forbid, there is actual jail time, we will be punishing literally hundreds of others.

On behalf of my parents, myself, my family, and the myriad people affected by your Honor's decision, I beg for leniency and the wisdom of Solomon at the time of sentencing.

Respectfully yours,

*Mendy Kofman*

Mendy Kofman

**LEAH FEIGELSTEIN**
**1662-58th Street**
**Brooklyn, NY 11204**

February 15, 2018

Honorary Kenneth M. Karas, U.S.D.J.
United States Courthouse
30 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

Please see below for some of my thoughts and emotions on behalf of my dear brother. Please note that this is my style of writing, and although it is in the form of a poem, it is not meant in any way to make light of the severity of the situation.

Thank you, Your Honor, for taking the time to read this letter.

For Moishe I was asked to write a letter,
But I thought a poem might actually be better.
Please be patient as the words I seek,
To describe to Your Honor an individual quite unique.
There's so much that I'd like to portray,
So many thoughts & feelings that I want to convey.
You've been hearing so much about my brother,
You get the idea that he's like no other.
A guy like him is hard to find,
Moishe is truly one of a kind!
I really don't know where to start,
An amazing person, he's off the chart!
No matter what, Moishe's always smiling,
He's got a personality that's magnetic & beguiling.
He's gentle & kind, wouldn't hurt a fly,
He's someone on whom you can always rely.
He knows so much & is really smart,
But even more important, he's got a huge heart!
He's someone on whom you can always depend,
The type of person you want as a friend!
He's everybody's favorite, young or old,
He wins them over with his heart of gold.

Now, I'd like to talk about an important thing,
The happiness to our parents that he does bring.
And I can fill up page after page,
With all he does for them as they age.
In the last few years they haven't been well,
It hasn't been easy, that I must tell.
I'd like to make things perfectly clear,
He brightens their lives, he's a breath of fresh air!
Each visit, each phone call for them means so much,
He adds to their lives with his special touch.
They think he's fantastic, amazing & great,
Their pride & their joy, they think he's top rate!
So, I'd like to explain right from the start,
The heartbreak it would cause them if they were apart.
For that reason alone I ask & remind,
To please be gentle, understanding & kind!

When life doesn't go exactly as planned,
Moishe is there to lend a hand.
He feels for you & understands your plight,
He's there for you, all day & all night.
He'll go out of his way to any great length,
To offer comfort & give you strength.

When our son suffered an injury to his brain,
Moishe empathized with us and felt our pain.
As one of his hundreds of many good deeds,
He helps out with our son who has special needs.
We've gone through so much throughout the years,
He's the voice of reason, he calms our fears!
He guides us through this crazy life,
As we try to deal with our pain & our strife.
He simplifies things that for us seem so tough,
And takes care of all our financial stuff.
He explains things to us & gives us advice,
We couldn't manage without him, he's super nice!

He teaches us faith through life's ups & downs,
With his sense of humor, he gets rid of our frowns.
He's the first one with whom our burdens we share,
We know he will help us, we know he will care.
He's the one to whom we can always turn,
To emulate his ways we strive & we yearn.
We owe him a tremendous debt of gratitude,
For teaching us how to live with a positive attitude.

He's lovable, happy, a bundle of fun,
Singing in the rain, soaking up the sun.
He enjoys every moment that he was given,
Utilizing to the utmost the life he is livin'!
Always striving to improve & setting new goals,
Fund-raising to help those less fortunate souls.

By now we're sure you get the feeling,
That it's a special person with whom you are dealing.
And as our praises of Moishe abound,
You get the picture…WE NEED HIM AROUND!!!!!

Sincerely,


Leah Feigelstein

Dear Honorable Judge,

No letter - even if it is 50 pages long can encompass all Moishe Kofman's attributes. Thank you for taking the time to read this letter - Just a snippet of how truly special Moishe is.

I am Giti, Moishe's baby sister. With 16 years between us, Unfortunately for me, we didn't share our childhood years. I must've missed out on some really awesome + fun times.

I recently met a woman who knows Moishe from camp which was quite a while ago. She could not stop telling me how great Moishe is. She ended off saying, "He held a special place in my heart and he still does! When Moishe was a young boy in camp, he was everyone's favorite but as he grew older he continued to be everyone's favorite!" - That sort of encapsulates Moishe - **He is everyone's favorite**!

Whether its his soft, gentle words of encouragement and love to those close to him; his easy, happy outlook on life; his smart, on target advice or his sense of humor - young and old, clients and Rabbis, family and friends all have a special connection with Moishe.

When Moishe does something, he does it with his full heart and he fulfills each

mission fully. When I spoke to Moishe a couple of months back about caring for our parents, he remembered that he once heard about a lecture on the topic. He left no stone unturned trying to get a hold of the lecture so that my siblings and I could listen to it and learn from it. It was not easy but after many calls and e-mails to numerous people, he got it.

Moishe is always looking for ways to be a better person. Looking at Moishe, my husband and I ~~are~~ never cease to be amazed at the many wonderful things Moishe accomplishes in a 24 hour day.

At one point, Moishe served as the long time president of his synagogue - a prestigous job in a well known synagogue filled with many upstanding congregants. An opportunity came along to join a smaller congregation whose membership only included those who would refrain from talking during the prayer. Moishe jumped at the opportunity and was able to see past the honor and prestige. He gave up his important position as president to join this smaller synagogue where his prayers would be said in the right decorum and with much fewer interruptions. Don't think he cut his ties with his former Rabbi and fellow congregants. They saw he was doing it out of his deep commitment to G-d's honor,

and held him in high esteem for being
able to step out of the crowd to do what
is right.

Moishe is a fun guy to be around. He
has a strong, solid relationship with his
wife Simy, his children and grandchildren,
his parents, siblings and even nieces and
nephews. We all look forward to spending
time together with him, when he stops
by for a quick hello when he is in
the neighborhood or by family gatherings.

We only want the best for Moishe and
Simy because the love for them and the
people who are close to them like my
parents and siblings is indefinable.

On another note-

Taking care of elderly parents is a
full time job. Now that my parents
have moved into my sister's house, she
has gone from a non working woman to
having a very full time (pretty much
24 hour) job. Although she is doing an
amazing job, the only way she could
manage taking care of her own family,
her housework, her personal needs and
continue to be available to care for my
parents is with the constant support, daily

3

visits, and being there a few hours a week for her to take a break. Thats where the other children come into the picture.

Since we have a small family and its only my oldest brother, Moishe, my sister, and myself we are all very much needed to share the responsibilities of my parents care. Visits, car rides, doctor appointments, all take time but we know its our duty and is of upmost importance to be there for my parents and for my sister.

Moishe's visits brighten their day or evening with his cheerfulness and sense of humor. He lifts their spirits the second he walks in the door. He makes himself available despite his busy schedule to come by and break up their boring days. He and his wife walk many times on shabbos to be there or saturday night to liven things up a bit after a long shabbos. When my parents hear Moishe is coming and I've seen this happen they perk up and are already happier.

Moishe is needed as part of our small family caring for our parents. His help, care, concern and availability has made it much more doable for us all.

Sharing the obligations has made caring for my parents much more practical and possible.

May G-d bless our parents to be well and to live long and that we should all be able to be committed to being there as a family to care for them always.

Thanks again for your time and may G-d bless you.

Sincerely,
Gitl & Yisroel Dovid Berger

5

Dear Honorable Judge Karas,

I would like to start off by thanking you for taking your time to read this letter on behalf of my father "in law", Martin Kofman.

As you can see, I noted in quotation marks regarding his title as father "in law". The reason is that when I married his eldest daughter 12 ears ago, my expectation of my relationship with him was that it would be a typical father-in-law/son-in-law relationship. However, after a few months I realized that I was actually fortunate enough to have another Dad. The way he cares about his children and their spouses is really special. He is always there for us all in whatever situation may arise, lending a listening ear, helping us get started in life, we can always count on him.

My children, Moishe's grandchildren, love to spend time with him, laugh with him, and share their latest accomplishments with their beloved grandfather. He is truly eager to hear everything they have to say!

As I know your time is precious, I will end off by asking that you grant mercy and leniency to my second father, my wife's father and the grandfather to my children. He is a pillar of the community and the foundation of our family. Please give him the opportunity to continue to contribute to his family, friends, and neighbors. His kindness and love will most surely be missed by all. His parents need their son, his kids need their father, his wife needs her husband, and his grandchildren need their grandfather.

Respectfully,


Mr. Ari Lowy (eldest son-in-law)



To his Honor, Kenneth M. Karas, U.S.D.J.

Thank you for taking the time to read this letter about my wonderful father in law, Martin Kofman. Around eight years ago I joined the Kofman family by marrying, Shuky, their oldest son. Having a father in law like Martin is everyones dream. From the first time I met my father in law I knew he was a great person. He is a exceptionally generous person. He is so helpful, positive, friendly and caring. Martin has tremendous qualities that us as his family and others in the community look up to in so many ways.

My father in law has been helping us out financially every single month since we got married. He is extremely generous and consistent. Additionally he is unconditionally generous by never suggesting how we should spend the money. These days with our growing family his financial assistance goes towards our childcare expenses. I don't know how we would manage without it.

Additionally my father in law is a great help around

the house. He is helpful in the Kitchen and does the shopping too. Any time we come to spend time at his house he calls to find out which foods he can buy for us so we can feel right at home. He also makes some great food that we all enjoy. One memory that comes to mind is when about a year ago we made a celebration in honor of the birth of our daughter. My father in law came for the weekend bringing lots of food, including a few pans of his famous "potato Kugel" to share with our guests.

The role of grandfather that he plays is something to see! Our children cherish their relationship with "Zeidy" as they call him. They love to sit next to him, play games with him, hear his funny jokes, prepare eggs together and more. They always look forward to the next time they'll see him.

My father in law is a great family man. He treats us out to great family trips. I recall recently when we all went to a trampoline park and then to a park for a grand BBQ how he made sure we were all having a great time with all expenses taken care of.

Martin is truly an exceptional father in law, father and grandfather to our family. It is therefore quite obvious that his lack of presence would be a calamity and terrible misfortune to us all. We appreciate in advance your kindness and good will, and wish you good health and all the best!

Sincerely,
Elisheva Kofman

Hon Kenneth M Karas U.S.DJ.
United States courthouse
300 Quarropas street
White plains NY 10601

Dear Honorable Judge Karas,

I am writing this letter on behalf of Martin
Kofman, My Fatherinlaw, whom I currently view as
my Father Figure as I will elaborate further on
in this letter I married the middle son David
Kofman of Moishy Kofman back in 2010. Since
that time I have gotten to know my fatherinlaw
very well & have only positive things to say or
even think about him. The amount of respect that
I have for him is unimaginable. Respect & admiration
is not something that someone can demand from
you, rather its something ~~that~~ thats achieved by
knowing someone & watching someone & how
they act & treat other people. My youngest sisterinlaw,
Rachelli, is a very challenging young women. From the
time I got married her & I developed a strong realationship.
She was extremely close to my husband & I & used
to come to our house fairly often. She always,
through thick & thin, had an unbellevable bond
with my fatherinlaw. The past few years she was
going through troubled times & distanced herself
From every one but my Fatherinlaw. He was the only one

who was able to get through to Rachelli. The amount of sympathy & care he showed my sister-in-law was truly remarkable. In times that could have ended in disaster he steered her in the right direction. He has been a true role model to me in how to be a parent.

Over the past year or so we received some bad news about my Dad. He was diagnosed with stage 3 brain cancer. They operated on the tumor & during/post surgery he suffered a major stroke causing him to lose mobility on his left side. I was devastated! I had lost everything that I can call my father. While he is still alive he's mind is drifting more and more each day. During this time my father-in-law has been so kind & careing to my feelings & is slowly filling that void in my heart & becoming that father figure of which we all need. I cant & dont want to imagine having to lose him as well?

Your Honor I am pleading with you to please Judge him favorably. Please your Honor have pity on him & his family & so many others whos lives he affects on a daily basis.

Very truly yours,

Blimie Kofman

Honorable Judge,

Thank you for the opportunity to write this letter. I have know Moishe Kofman since I became his daughter in law 6.5 years ago.

My father in law is one of the most special people I know. He is an amazing father, father-in-law husband, friend and grandfather. He is an extremely active member in our community and always has a smile and nice word for everyone.

My father in law is such an important person in our lives. We are so fortunate to live just a few blocks away, and are greatful to be the recepients of his love and generousity. He is the most beloved grandfather to our children and is always available to help us in a pinch.

This past summer my father in law was in a biking accident and broke both his elbows. Besides being ___ in alot of pain my father-in-law was completely immobile. At the same time my sister was getting married and I had brought my children to my inlaws home to sleep. In the morning I found out my two year old son was crying for us and wouldn't go to sleep. My father-in-law just a few days ___ post accident stayed with my son and comforted him till he fell

asleep. Although he was in alot of pain he couldn't bear to watch my son cry - even for a few minutes - because thats how big his heart is.

It would be hard for me to recount all the things my father in law does for us on a daily basis. We can always count on him to come over and help us assemble furniture in our apartment or pick up an ingredient from the grocery store when were stuck at home with the kids. Mostly we rely on him for his moral support and advice. He always shows us another way to look at a tough situation. He is the Rock of our family, always providing the strength that we need. He is such an integral part of our lives, we wouldn't be able to manage without him.

Thank you Honorable Judge for taking the time to read this letter. May G-d bless you and May G-d bless America.

Sincerely,
Devori Kofman
Devori Kofman

B'SD
December 22, 2017

To whom it may concern-

I'm Avi.   I used to be Moishe's friend.  I'm still his friend, but 33 years ago I became his brother-in-law too.   He was our "matchmaker", and introduced me to his sister.   You see, that's what Moishe does.  He always looks out for others – to see how he can make things better.

All I can say is :  When you need help, or need a friend... you can count on Moishe.

Moishe's frail and elderly parents [my in-laws], are living in our home for the past 5 months.  The last time we were in crisis mode, we called Moishe over.  He was there within a short time.   After getting the situation under control, he noticed the neglected kitchen … immediately, without fanfare, he attacked the dishes and pots in the sink!   Then he proceeded to use the defrosted meat, and make supper for everyone !  We were all glad to finally relax and enjoy a fresh, nutritious, delicious dinner !

This is but one small example of how Moishe always comes through for anyone and everyone … at any time of day or night.

This is Moishe's "MO".
He's a good man, his family and friends need him.

Abraham [Avi] Feigelstein

Hon. Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas St.
White Plains, N.Y. 10601

Your Honor;

My name is Pnina Semel. I am
a retired school teacher. I taught in
a private school in Great Neck,
Long Island for almost 30 years.
Martin (Moishe) Kofman is my dearest
brother in law. I write dearest since
that is what he truly is, as I will
try to convey to you. He taught our
entire family the meaning of
extending oneself to relatives,
friends, and member of the
community. Firstly, he always
travels to every occasion be it
a wedding, bar mitzvah, early
morning circumcision, condolence call,
funeral etc. These events usually occur
out of town which means a minimum
of 2 hours each way. Secondly, he
always offered his services as
a lawyer for free to every
member of our family, extended

family and schools that his children attended. He did this with a smile and sound advise. Thirdly, he is a wonderful husband to my sister Simy and a warm, devoted father to my nieces and nephews. He is especially close to his youngest daughter who is a recovering addict. His uncontional love is what gets her through each and every day. I feel it would be very detrimental and may even cause her to relapse if he had to do prison time. Please take this to heart as her very life depends on him. He is also an amazing son who is very helpful to his parents who are both unwell. Again he is also especially close to his sister who has a severly handicapped son. He tries to help her in any way he can.

When I walk the streets with him on our way to synagoge I am blown away how he greets each

and every person, whether he knows them well or not, with a friendly greeting and a kind word. The response is always heartwarming since he is respected and admired by all. In the 30 years that I know him I have never heard him utter a harsh word or loose his patience with anyone. Even now going through this difficult chapter in his life, he still carrys himself with grace and kindness and extends himself in any way he can. He is blessed with a beautiful voice which he uses to be a cantor in his temple for Sabbath and High Holidays at no charge.

Last but not least, every summer he rides his bike up hill and steep climbs to raise money for a camp that caters to children any young adults with rare and terminal diseases.

In short, it would be a very

sad day for all if he was given
a prison sentence. Your compassion
in this matter would be greatly
appriciated.

Sincerly yours,
Prima Semel
November 21-2017

Hon. Kenneth Karas, U.S.D.J
United States Courthouse
300 Quaropas St.
White Plains, N.Y. 10601

Dear Honorable Judge Karas,

My name is Shaya Semel.
Since being the eldest brother
in law and sibling, I was there
to welcome each newcomer
into the family. Not taking
away from any of my other
brothers and sister in laws who
are all special in their own
right, when Moishe (martin)
came into the family I knew
immediatly that he is a very
special guy. Alway upbeat,
positive and smiling. He
would and does favors for
anyone twenty four hours a
day. Myself, when someone
asks me to do something,
I consider it very carefully,
unlike Moishe who never
questions it. He Just says yes

which is probably what got him into trouble in the first place. Moishe does not have a corrupt, decieving, illegal bone in his body. In all my dealings with him everything had to be on the up and up. No cutting corners to save a buck here and there. It was always done the straight and narrow way. He has already paid a difficult price for his mistake. He is an integral part to his family and community and any leniency would be greaty appreciated.

Thank you,
Shaya Semel

December 4, 2018

Honorable Kenneth M. Karas, USDJ
United States Courthouse
300 Quarropas St.
White Plains, N.Y. 10601

Dear Judge Karas,

My name is Bezalel Wiederman. I am a brother in law to Moishe Kofman. I know him for many years. He has been and still is my guiding light in how one should conduct themselves both between man to G-d and between men to fellow men.

He is soft spoken, always polite, easy going, and very sensitive to other people's feelings.

When my father was alive he would spend time conversing, learning, and interacting. My father enjoyed his company a lot! He would show so much care & devotion toward him.

After my father passed away, we needed to set up a learning system as a merit for his soul. Moishe took it upon himself to do it. It involved reaching out to people, organizing the tractes of the Talmud, and making sure that it was done in a timely fashion. He did it purely out of love.

He is very involved with the charity organization Chai Life Line. benefits tremendously from him. He has rode in their BIKE-A-THON for many years.

It involves months of practice and commitment. He does this all out of the goodness of his huge heart.

He is a true role model for me in all areas of my life

Thank you for your understanding

I remain,

Bezalel Wiederman

BEZALEL WIEDERMAN

Hon. Keneth M. Karas, U.S.D.J.
United States courthouse
300 Quarropas St.
White Plains N.Y. 10601

      Our names are Goldie and
Nachman Chapler, and we are Martin
Kofman's sister in law and brother in
law.
      Martin is the quintessential
master of good deeds, extending help
to many individuals who are in need.

      For example after many family
parties, he has collected the leftover
food and drink to distribute to needy
families. Also every summer for many
years, he has biked 180 miles in the
"Bike 4 chai" marathon to raise substantial
amounts of much needed funds for children
with cancer. He is also a cantor in many
synagogues without compensation. He does
many acts of kindness in private, because
he is not interested in the honor and attention,
but only in doing the good deeds.

We therefore plead with your Honor to be lenient, so that Martin can be free to continue to inspire us, and the community with his selfless acts of Kindness

Sincerely,

Gollie Chapla

Machmon G. Chapl

Wiederman
6 Linderman Lane
Monsey, N.Y. 10952

November 29, 2017

Honorable Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Dear Judge Karas,

Moishe Kofman is my brother-in-law. He joined the Wiederman family when he married my husband's sister.

Since then, Moishe has always played a major role in the family. With his jovial personality and amazing sense of humor, he brings cheer to all. However, all that belies the depth of his true essence. He's a deeply spiritual person always looking to get closer to G-d. Whether through good deeds (giving charity, fundraising for worthy causes) or through attending lectures (in the early morning or late in the evening), Moishe is looking to grow. I personally was the beneficiary of his kindness as he waved all his costs when doing a closing for me on my house, as he knew we were struggling financially then. But anything he does, he does so modestly...without any fanfare.

Moishe was gifted with a beautiful, melodious voice. Throughout the 35 years I've known him, whenever there's a family gathering (e.g. bar mitzvah, wedding celebration, etc.) Moishe leads the prayers. The combination of his beautiful voice and the intensity of his spirituality, arouses us in our own prayers. Any family occasion would be lacking without Moishe.

We need Moishe. He cheers us up when the going gets rough and spurs us on to greater heights. He is truly a role model of what goodness is. It is rare to find a person who is so admired and so loved by family, friends, neighbors, fellow congregants etc...., and yet so humble.

Dear Judge- if there's any way you can grant my brother in law some leniency, it would make a huge difference to me and to the entire family. Thank you for taking the time to read my letter.

Respectfully yours,

Esther Wiederman